UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE E. ROSE, | Case No. 1:26-cv-01363-FJS (PC) |
| Plaintiff, | ORDER STRIKING AMENDED COMPLAINT LODGED APRIL 17, 2026, AS DUPLICATIVE |
| v. | |
| ORTIZ, | (ECF No. 11) |
| Defendant. | |

Plaintiff Lance E. Rose ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The first amended complaint, filed March 30, 2026, has not yet been screened. (ECF No. 10.)

On April 17, 2026, Plaintiff lodged an amended complaint, including another copy of his application to proceed *in forma pauperis*. (ECF No. 11.) A comparison of the first amended complaint filed March 30, 2026, with the amended complaint lodged on April 17, 2026, reveals that, aside from additions in the margins that do not relate to the substance of Plaintiff's allegations, they are identical. (*See* ECF Nos. 10, 11.) Accordingly, the Court finds it appropriate to strike the amended complaint lodged on April 17, 2026, as duplicative. The first amended complaint filed on March 30, 2026, will be screened in due course. Plaintiff does not need to take any other action at this time.

///

1

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. The amended complaint lodged on April 17, 2026, (ECF No. 11), is STRICKEN as duplicative;

2. Plaintiff's first amended complaint, filed March 30, 2026, (ECF No. 10), will be screened in due course.

IT IS SO ORDERED.

Dated: __**April 20, 2026**__

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE