UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE E. ROSE, | Case No.  1:26-cv-01363-FJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR CASE STATUS UPDATE |
| v. | (ECF No. 14) |
| ORTIZ, | |
| Defendant. | |

Plaintiff Lance E. Rose ("Plaintiff") is a civil detainee and former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The court has not yet screened the first amended complaint, filed March 30, 2026. (ECF No. 10.)

Currently before the court is Plaintiff's motion requesting an update on his case status, filed July 6, 2026. (ECF No. 14.) The motion is deemed submitted.  Local Rule 230(l).

Plaintiff is informed that the first amended complaint is pending screening before the court. Plaintiff is reminded that the court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. Nevertheless, there are hundreds of prisoner civil rights cases presently pending before the court and delays are inevitable. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The court is aware of the pendency of this case and will screen Plaintiff's first amended complaint in due course.  Currently, Plaintiff does not need to take any action unless his mailing address changes again.

Accordingly, Plaintiff's motion for case status update, (ECF No. 14), is HEREBY GRANTED, and addressed as discussed above.

IT IS SO ORDERED.

Dated:    **July 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE